**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| TYRONE HURT | § | |
| | § | |
| v. | § | 1:15-CV-4 |
| | § | |
| THE UNITED STATES OF AMERICA, | § | |
| and THE INTERNAL REVENUE | § | |
| SERVICE *and its affiliates* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings. The court has received and considered the report of the magistrate judge (Doc. No. 3), recommending that this court dismiss this case without prejudice for failure to prosecute. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 3) is **ADOPTED**; and this case is **DISMISSED WITHOUT PREJUDICE**.

So **ORDERED** and **SIGNED** this **4** day of **March, 2015.**

_____
Ron Clark, United States District Judge